1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
9

10   L.O., et al.,                                      CASE NO. C22-5798 MJP

11                        Plaintiffs,                   DISMISSAL ORDER

12           v.

13   TACOMA SCHOOL DISTRICT NO.
     10,
14
                         Defendant.
15

16

17          The Court having been notified of the settlement of this case, and it appearing that no

18   issue remains for the court's determination,

19          IT IS ORDERED that this action and all claims asserted herein are DISMISSED with

20   prejudice and without costs to any party.

21          In the event that the settlement is not perfected, any party may move to reopen the case,

22   provided that such motion is filed within sixty (60) days of the date of this order. Any trial date

23   and pretrial dates previously set are hereby VACATED.

24          \\

DISMISSAL ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated July 21, 2023.

Marsha J. Pechman
United States Senior District Judge